STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT E. HEISS, DEFENDANT-PETITIONER.

*Mr. Edward Kent* for the petitioner.

*Mr. Stanley E. Rutkowski* and *Mr. Joseph P. Merlino* for the respondent.

July 1, 1963.   Denied.

RAYMOND D. BROWN, PLAINTIFF-PETITIONER, v. DREW CHEMICAL CORP., DEFENDANT-RESPONDENT.

*Mr. Raymond D. Brown,* petitioner, *pro se.*

*Messrs. Stryker, Tams & Dill* and *Mr. James T. Clare* for the respondent.

July 1, 1963.   Denied.